## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

BETTY MONTES

|  |  |  |
|---|---|---|
| Plaintiff (s) | : | Civil Action No. 07-1040  (HAA) |
|  | : |  |
| vs. |  |  |
|  | : | ORDER OF DISMISSAL |
| WAL-MART, ET AL |  |  |

Defendant(s)

It has been reported to the Court that the above-captioned matter has been settled, therefore,

It is on this the 23rd day of January, 2008,

**ORDERED** that this action is hereby dismissed without prejudice and without costs, subject to the right of the parties upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.  The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

Harold A. Ackerman

_____
Hon. Harold A. Ackerman,   U.S.D.J.